IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CASE #: 2:08-cv-00459-ASB

| | |
|---|---|
| RICHARD G. KRAUK and MARGUERITE H. KRAUK, | ) ) ) |
| Plaintiffs, | ) ) |
| -versus- | ) ) |
| OWENS-ILLINOIS, INC., et al | ) ) |
| Defendants. | ) |

# **AFFIDAVIT**

I, Timothy W. Bouch, after being first duly sworn, state as follows:

1.   My name is Timothy W. Bouch.  I am the attorney representing Garlock Sealing Technologies, LLC in the above-titled case.

2.   The facts upon which this Affidavit is based are facts within my personal knowledge.

3.   Garlock Sealing Technologies, LLC, by counsel, consents and joins in the removal of the above-titled action.

FURTHER, Affiant saith not.

S/ Timothy W. Bouch
Timothy W. Bouch, Esq.
Tbouch@leathbouchlaw.com
92 Broad Street, Post Office Box 59
Charleston, South Carolina 29401
(843) 937-8811 – Phone
(843) 937-0606 – Facsimile

Attorneys for Garlock Sealing Technologies, LLC

SWORN to before me this
  13th   day of    February  , 2008.

/s/ Laura A. Whisenhunt
Notary Public for South Carolina
My Commission Expires: 04/12/2016