IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) <br> LIABILITY LITIGATION ) <br> (NO. VI) ) <br> _____) <br> ) <br> This Document Relates To: ) <br> _____) | CIVIL ACTION NO. MDL 875 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| RICHARD G. KRAUK and ) <br> MARGUERITE H. KRAUK, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> OWENS-ILLINOIS, INC.,et al., ) <br> ) <br>     Defendants, ) <br> _____) | CIVIL ACTION NO. <br> 2:08-CV-00459-ASB |

### NOTICE OF CONSENT TO REMOVAL
### FROM STATE COURT AND JOINDER BY ADOPTION

Now comes Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, through its counsel, and files this, its Notice of Consent to Removal from State Court to show on the record its consent to the removal of the above-titled action from the State Court of South Carolina, as well as its joinder in said removal by adoption.

Dated this 14th day of February, 2008.

*s/Jennifer M. Techman*
Jennifer M. Techman, Esq.
SC Federal Bar No. 8028
SC State Bar No. 70202
EVERT WEATHERSBY HOUFF
3405 Piedmont Road
Suite 200
Atlanta, Georgia 30305
JMTechman@EWHlaw.com
Tel: (678) 651-1200
Fax: (678) 651-1201

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ASBESTOS PRODUCTS     )
LIABILITY LITIGATION          )    CIVIL ACTION NO. MDL 875
(NO. VI)                      )
_____)
                              )
This Document Relates To:     )
_____)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RICHARD G. KRAUK and          )
MARGUERITE H. KRAUK,          )
                              )
    Plaintiffs,               )
                              )
vs.                           ) CIVIL ACTION NO.
                              ) 2:08-CV-00459-ASB
OWENS-ILLINOIS, INC., et al., )
                              )
    Defendants,               )
_____)

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation's Notice of Consent to Removal from State Court and Joinder by Adoption by via electronic transmission

This the 14th day of February, 2008.

*s/Jennifer M. Techman*
Jennifer M. Techman, Esq.
SC Federal Bar No. 8028
SC State Bar No. 70202
EVERT WEATHERSBY HOUFF
3405 Piedmont Road
Suite 200
Atlanta, Georgia 30305
JMTechman@EWHlaw.com
Tel: (678) 651-1200
Fax: (678) 651-1201