IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

**In re:  Asbestos Litigation**
         **Coordinated Docket**

| | | |
|---|---|---|
| RICHARD G. KRAUK and | ) | C.A. NO. 2:08-CV-459 |
| MARGUERITE H. KRAUK, | ) | |
| | ) | |
| Plaintiffs, | ) | ACKNOWLEDGMENT OF FILING |
| | ) | NOTICE OF REMOVAL |
| vs. | ) | |
| | ) | |
| OWENS-ILLINOIS, INC., | ) | |
| BAYER CROPSCIENCE, INC., | ) | |
| as successor in interest to Amchem Products, Inc., | ) | |
| NATIONAL SERVICE INDUSTRIES, INC., | ) | |
| f/k/a North Brothers, Inc., | ) | |
| GARLOCK SEALING TECHNOLOGIES LLC, | ) | |
| GENERAL ELECTRIC COMPANY, | ) | |
| INGERSOLL-RAND COMPANY, | ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) | |
| INDUSTRIAL HOLDINGS CORPORATION, | ) | |
| f/k/a The Carborundum Company, | ) | |
| UNION CARBIDE CORPORATION, | ) | |
| UNIROYAL, INC., | ) | |
| CBS CORPORATION, f/k/a VIACOM, INC., | ) | |
| Successor by merger to CBS Corporation, | ) | |
| f/k/a Westinghouse Electric Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

Filed herewith is Acknowledgment of Filing Notice of Removal, signed by Clerk of Court, Charleston County.

HAYNSWORTH SINKLER BOYD, P.A.

By     /s/ W. David Conner
      Moffatt G. McDonald, #2805
      mmcdonald@hsblawfirm.com
      W. David Conner, #05986
      dconner@hsblawfirm.com
      75 Beattie Place, 11th Floor
      P.O. Box 2048
      Greenville, SC 29602
      (864) 240-3200
      (864) 240-3300 (fax)

Attorneys for the Defendants Bayer Cropscience, Inc. and Union Carbide Corporation

February 22, 2008

2

CERTIFICATE OF SERVICE

       I hereby certify that on February 22, 2008, the foregoing was electronically filed with the Clerk of the Court using the CM-ECF system. Notification of such filing was given to the following by the CM-ECF system to those registered, or by mailing a copy of the same by United States Mail, postage prepaid, to parties who are not registered to receive a Notice of Electronic Filing for this case:

| | |
|---|---|
| V. BRIAN BEVON<br>MOTLEY RICE LLC<br>P. O. Box 1792<br>MT. PLEASANT, SC 29465<br>*Attorney for Plaintiffs* | JENNIFER M. TECHMAN<br>EVERT & WEATHERSBY<br>3405 PIEDMONT ROAD, N.E., SUITE 225<br>ATLANTA, GA 30305<br>*Attorney for CBS* |
| ROBERT O. MERIWETHER<br>NELSON, MULLINS, RILEY & SCARBOROUGH<br>P.O. BOX 11070<br>COLUMBIA, SC 29211<br>*Attorney for Owens-Illinois* | TIMOTHY PECK<br>SMITH MOORE LLP<br>300 NORTH GREENE STREET, SUITE 1400<br>POST OFFICE BOX 21927<br>GREENSBORO, NC 27420<br>*Attorneys for General Electric Company* |
| JAMES D. GANDY III<br>PIERCE HERNS SLOAN & McLEOD<br>P. O. BOX 22437<br>CHARLESTON, SC 29413<br>*Attorney for Industrial Holdings, National Service* | |
| TIMOTHY W. BOUCH<br>LEATH, BOUCH & CRAWFORD<br>P. O. BOX 59<br>CHARLESTON, SC 29402<br>*Attorney for Garlock* | |
| SHAWN KACHMAR<br>HUNTER MACLEAN EXLEY & DUNN, PC<br>P. O. BOX 9848<br>SAVANNAH, GA 31412<br>*Attorney for Ingersoll Rand* | |
| MARK H. WALL<br>ELMORE & WALL, PA<br>P. O. BOX 1200<br>CHARLESTON SC 29402<br>*Attorney for Met Life* | |

                                                                      /s/ W. David Conner

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

08-CP-10-229

| | | |
|---|---|---|
| In re: Asbestos Litigation<br>Coordinated Docket | ) | |
| RICHARD G. KRAUK and<br>MARGUERITE H. KRAUK, | )<br>) | C.A. NO. 2:08-CV-459 |
| Plaintiffs, | )<br>)<br>) | ACKNOWLEDGMENT OF FILING<br>NOTICE OF REMOVAL |
| vs. | ) | |
| OWENS-ILLINOIS, INC.,<br>BAYER CROPSCIENCE, INC.,<br>as successor in interest to Amchem Products, Inc.,<br>NATIONAL SERVICE INDUSTRIES, INC.,<br>f/k/a North Brothers, Inc.,<br>GARLOCK SEALING TECHNOLOGIES LLC,<br>GENERAL ELECTRIC COMPANY,<br>INGERSOLL-RAND COMPANY,<br>METROPOLITAN LIFE INSURANCE COMPANY,<br>INDUSTRIAL HOLDINGS CORPORATION,<br>f/k/a The Carborundum Company,<br>UNION CARBIDE CORPORATION,<br>UNIROYAL, INC.,<br>CBS CORPORATION, f/k/a VIACOM, INC.,<br>Successor by merger to CBS Corporation,<br>f/k/a Westinghouse Electric Corporation, | ) | |
| Defendants. | ) | |

Receipt of a copy of the Notice for Removal filed by the defendants Bayer Cropscience, Inc. and Union Carbide Corporation by and through their attorneys, in the above-entitled action is hereby acknowledged this 20th day of Feb. , 2008.

Charleston, South Carolina

_____
Clerk of Court, Charleston County